IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JULIUS K. ROBINSON, )
)
      Plaintiff, )
)
vs. ) Case No. CV406-224
)
BRYAN COUNTY, et al., )
)
      Defendants. )

## O R D E R

On December 11, 2006, Magistrate Judge Smith issued a Report and Recommendation recommending the dismissal of Plaintiff's case. (Doc. 12.) Judge Smith allowed Plaintiff one week in which to object. However, before the expiration of the objection period, Plaintiff filed a notice of change of address. Consequently, on January 3, 2007, the Clerk's Office re-served Plaintiff with the Report and Recommendation and allowed him additional time in which to object. A month has passed since the Clerk's Office mailed the second copy of the Magistrate's Report and Recommendation. No objections have been filed

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation. Accordingly, the Report and Recommendation is adopted as the opinion of this Court.

SO ORDERED, this 7th day of February, 2007.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA